UNITED STATES BANKRUPTCY COURT

Northern District of Mississippi (Aberdeen)

IN RE:    JENNIFER KYLE                          CASE NO:    24-10089
                                                 CHAPTER:    13


        Debtors

### Change of address – Payment for Creditor

As to Claim 1-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for Notifications has changed.

Old Notifications address                        New Notifications address




Old payment address                              New payment address
Wells Fargo Auto                                 Wells Fargo Auto
PO Box 17900                                     PO Box 51963
Denver CO 80217-0900                             Los Angeles CA 90051-6263

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address:  BKChapter13@WellsFargo.com


07/17/2025                          /s/Canell Thornton
                                   Associate Loan Servicing Representative
                                   Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto


FORM-1072 (04/16/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.

CERTIFICATE OF SERVICE

Northern District of Mississippi (Aberdeen)

IN RE:       JENNIFER KYLE                        CASE NO:    24-10089
                                                  CHAPTER:    13


             Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before
07/17/2025 , I served a true and correct copy of the above Change of Address as follows:

☒ By CM/ECF:
   Canell Thornton
   Associate Loan Servicing Representative

☐ By mail:
   [Name]
   [Address]

☐ By [Method of delivery]:
   [Name]
   [Address]


07/17/2025                              _/s/Canell Thornton_____
                                         Associate Loan Servicing Representative
                                         Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto


FORM-1072 (04/16/25)
Wells Fargo Auto is a division of Wells Fargo Bank, N.A.