CM/ECF hrg4
(Rev. 08/02/16)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF MISSISSIPPI

In Re:  Jonathan Derrik Boland and Jennifer　)　　Case No.: 24−10089−SDM
　　　　Crosby Kyle　　　　　　　　　　　　)　　Chapter: 13
　　　　Debtor(s)　　　　　　　　　　　　　)　　Judge: Selene D. Maddox
　　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　　)

　　　PLEASE TAKE NOTICE that an evidentiary hearing will be held at:

　　　Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North,
　　　Aberdeen, MS 39730

　　　on 1/6/26 at 10:30 AM

　　　to consider and act upon the following:

　　　*59* − Trustee's Notice and Motion to Dismiss Case for Failure to Make Plan
　　　Payments . Responses due by 12/16/2025. (Johns, Todd)

Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 12/1/25

　　　　　　　　　　　　　　　　　　　　　　Shallanda J. Clay
　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

　　　　　　　　　　　　　　　　　　　　　BY: LRR
　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

United States Bankruptcy Court

Northern District of Mississippi

| | |
|---|---|
| In re: | Case No. 24-10089-SDM |
| Jonathan Derrik Boland | Chapter 13 |
| Jennifer Crosby Kyle | |
|     Debtors | |

## CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 1 of 2 |
| Date Rcvd: Dec 01, 2025 | Form ID: hrg4 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan Derrik Boland, Jennifer Crosby Kyle, 6027 Attala Rd, #1107, Kosciusko, MS 39090-6105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2025            Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto logsecf@logs.com |
| Kimberly D. Putnam | on behalf of Creditor Wells Fargo Bank  N.A. msecf@ms.creditorlawyers.com |
| Nathan Rester, I | on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto nathanrester@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Jennifer Crosby Kyle trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor Jonathan Derrik Boland trollins@therollinsfirm.com |

| | | |
|---|---|---|
| District/off: 0537-1 | User: autodocke | Page 2 of 2 |
| Date Rcvd: Dec 01, 2025 | Form ID: hrg4 | Total Noticed: 1 |

    jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email

Todd S. Johns

    vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com

U. S. Trustee

    USTPRegion05.AB.ECF@usdoj.gov

Wilkin Gray Hensarling

    on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto whensarling@logs.com, logsecf@logs.com

TOTAL: 8