**SO ORDERED,**



**Judge Selene D. Maddox**

**United States Bankruptcy Judge**



**The Order of the Court is set forth below. The case docket reflects the date entered.**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:
JONATHAN BOLAND AND JENNIFER KYLE

CHAPTER 13 NO:
24-10089-SDM

**AGREED ORDER**

THIS CAUSE came on for consideration on the Trustee's Motion to Dismiss (Docket No. 59) and, pursuant to an agreement reached by the parties herein prior to the hearing date, the Court does hereby find and Order as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, all plan payment arrears through December, 2025, in the approximate amount of $11,162.00 (less any subsequent deposits which may be made to the case in the interim), shall be amortized over the remaining plan period, with the Trustee's Office to record the corresponding abatement in her case accounting system.

THAT, the Debtor's wage deduction order shall be amended to a sum sufficient to complete all plan payments within the original confirmed plan period.

THAT, commencing with January 1, 2026, should the Debtor fail to remit the entire plan payment due for any consecutive two-month period, and/or should the Debtor become more than 60 days delinquent in plan payments to the Trustee, this case shall be dismissed without further notice or hearing.

##END OF ORDER###

APPROVED:

/s/ JEFFREY K. TYREE, MSB#9049
ATTORNEY FOR TODD S. JOHNS,
CHAPTER 13 TRUSTEE
PO BOX 1326
BRANDON MS 39043
601-825-7663; attorney.tyree@vardaman13.com

/s/ Thomas C. Rollins, Jr. w/ permission
DEBTOR'S ATTORNEY
Thomas C. Rollins, Jr.; MSB#103469
PO Box 627
Ridgeland, MS 39158-0627
trollins@therollinsfirm.com; 601-500-5533