___



**SO ORDERED,**

*Selene Maddox*

**Judge Selene D. Maddox**

**United States Bankruptcy Judge**

The Order of the Court is set forth below. The case docket reflects the date entered.
___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

IN THE MATTER OF:  
JONATHAN BOLAND AND JENNIFER KYLE

CHAPTER 13 NO:  
24-10089-SDM

## AGREED ORDER

THIS CAUSE came on for consideration on the Trustee's Motion to Dismiss (Docket No. 59) and, pursuant to an agreement reached by the parties herein prior to the hearing date, the Court does hereby find and Order as follows:

THAT, the Trustee's Motion to Dismiss is denied.

THAT, all plan payment arrears through December, 2025, in the approximate amount of $11,162.00 (less any subsequent deposits which may be made to the case in the interim), shall be amortized over the remaining plan period, with the Trustee's Office to record the corresponding abatement in her case accounting system.

THAT, the Debtor's wage deduction order shall be amended to a sum sufficient to complete all plan payments within the original confirmed plan period.

THAT, commencing with January 1, 2026, should the Debtor fail to remit the entire plan payment due for any consecutive two-month period, and/or should the Debtor become more than 60 days delinquent in plan payments to the Trustee, this case shall be dismissed without further notice or hearing.

##END OF ORDER###

APPROVED:

/s/ JEFFREY K. TYREE, MSB#9049  
ATTORNEY FOR TODD S. JOHNS,  
CHAPTER 13 TRUSTEE  
PO BOX 1326  
BRANDON MS 39043  
601-825-7663; attorney.tyree@vardaman13.com

/s/ Thomas C. Rollins, Jr. w/ permission  
DEBTOR'S ATTORNEY  
Thomas C. Rollins, Jr.; MSB#103469  
PO Box 627  
Ridgeland, MS 39158-0627  
trollins@therollinsfirm.com; 601-500-5533

United States Bankruptcy Court

Northern District of Mississippi

In re:     Case No. 24-10089-SDM
Jonathan Derrik Boland     Chapter 13
Jennifer Crosby Kyle
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0537-1     User: autodocke     Page 1 of 3
Date Rcvd: Dec 23, 2025     Form ID: pdf0005     Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Jonathan Derrik Boland, Jennifer Crosby Kyle, 6027 Attala Rd, #1107, Kosciusko, MS 39090-6105 |
| 4393403 | + | Aes/gs2, Attn: Bankruptcy, Po Box 2461, Harrisburg, PA 17105-2461 |
| 4393404 | + | Betty Finney, 3867 Hwy 6, Plantersville, MS 38862-3917 |
| 4393408 | + | Citz Bk Phil, Attn:Bankruptcy Dept, 521 W Main St, Philadelphia, MS 39350-2544 |
| 4393409 | + | Click Lease, 221 Main St, Ste 155, San Francisco, CA 94105-1906 |
| 4393414 | + | Sheila Bland, 3844 A Hwy 6, Plantersville, MS 38862-3916 |
| 4425927 | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Wilkin Gray Hensarling, 1080 River Oaks Drive, Suite B-202, Flowood, MS 39232-7603 |
| 4399544 | + | Wells Fargo Bank, N.A., c/o Nathan Rester, I, 1080 River Oaks Drive, Ste B-202, Flowood, MS 39232-7603 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4393406 | + | Email/Text: BKPT@cfna.com | Dec 23 2025 23:47:00 | CFNA/Credit First Natl Assoc, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 4415210 | | Email/Text: bankruptcy.notices@yourcnb.com | Dec 23 2025 23:47:00 | Citizens National Bank, P.O. Box 911, Meridian, MS 39302 |
| 4393407 | | Email/Text: bankruptcy.notices@yourcnb.com | Dec 23 2025 23:47:00 | Citizens National Bank, Attn: Bankruptcy, 512 22nd Ave, Meridian, MS 39301 |
| 4398439 | | Email/Text: BKPT@cfna.com | Dec 23 2025 23:47:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 4393405 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 23 2025 23:55:05 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 4403209 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 23 2025 23:55:05 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 4413517 | | Email/PDF: bncnotices@becket-lee.com | Dec 23 2025 23:55:00 | Clicklease LLC, c/o Becket and Lee LLP, PO Box 3002, Malvern PA 19355-0702 |
| 4393410 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 23 2025 23:55:06 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 4393411 | | ^ MEBN | Dec 23 2025 23:44:53 | Kubota Credit Corp, USA, Attn: Bankruptcy, Po Box 2048, Grapevine, TX 76099 |
| 4411149 | + | Email/Text: KubotaBKNotices@nationalbankruptcy.com | Dec 23 2025 23:47:00 | Kubota Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 4413130 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 23 2025 23:55:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 4407879 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 23 2025 23:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

| | | | | |
|---|---|---|---|---|
| 4393412 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 23 2025 23:47:00 | Nelnet, P.O. Box 82561, Lincoln, NE 68501-2561 |
| 4398886 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 23 2025 23:47:00 | SANTANDER CONSUMER USA, 1601 Elm St, Suite 800, Dallas, TX 75201-7260 |
| 4393413 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 23 2025 23:47:00 | Santander Consumer USA, Inc, Attn: Bankruptcy, Po Box 961245, Fort Worth, TX 76161-0244 |
| 4393415 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 23 2025 23:55:12 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 4398806 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Dec 23 2025 23:47:00 | U.S. Department of Education c/o Nelnet, 121 S 13th St, Lincoln, NE 68508-1904 |
| 4403028 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 23 2025 23:55:06 | Wells Fargo Bank N.A., Default Document Processing, MAC# N9286-01Y, PO BOX 1629, Minneapolis, MN 55440-1629 |
| 4395897 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Dec 23 2025 23:55:06 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, P.O. Box 169005, Irving, TX 75016-9005 |
| 4395466 | + | Email/Text: msecf@ms.creditorlawyers.com | Dec 23 2025 23:47:00 | Wells Fargo Bank, N.A., c/o Kimberly D. Putnam, 1820 Avenue of America, Monroe, LA 71201-4530 |
| 4393416 | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Dec 23 2025 23:55:12 | Wells Fargo Dealer Services, Attn: Bankruptcy, 1100 Corporate Center Drive, Raleigh, NC 27607-5066 |
| 4393417 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Dec 23 2025 23:55:06 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 25, 2025     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto logsecf@logs.com |
| Kimberly D. Putnam | on behalf of Creditor Wells Fargo Bank  N.A. msecf@ms.creditorlawyers.com |
| Nathan Rester, I | |

| District/off: 0537-1 | User: autodocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 23, 2025 | Form ID: pdf0005 | Total Noticed: 30 |

| | |
|---|---|
| | on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto nathanrester@gmail.com |
| Thomas C. Rollins, Jr. | on behalf of Joint Debtor Jennifer Crosby Kyle trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor Jonathan Derrik Boland trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com  tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| Wilkin Gray Hensarling | on behalf of Creditor Wells Fargo Bank  N.A. d/b/a Wells Fargo Auto whensarling@logs.com, logsecf@logs.com |

TOTAL: 8