**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

**IN RE:  Jonathan Derrik Boland**                    **Bankruptcy No. 24-10089-SDM**
      **and Jennifer Crosby Kyle**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Bankruptcy Rules 2002, 9007, and 9010, Chad J. Hammons, of the law firm of

Jones Walker LLP hereby enters his appearance as attorney for Citizens National Bank and

requests that all documents, pleadings, and mailings be sent to Jones Walker LLP.

Please add the following names and address to the list of creditors:

> Chad J. Hammons, MSB No. 10419
> JONES WALKER LLP
> Attorney for Citizens National Bank
> 3100 North State Street, Suite 300
> Jackson, MS  39216
> (601) 949-4900
> chammons@joneswalker.com

DATED:  July 29, 2026.

By: */s/ Chad J. Hammons*
    CHAD J. HAMMONS

### CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to the parties set forth in the Electronic Mail Notice List as of the date hereof, including the following:

Todd S. Johns, Chapter 13 Trustee
Vardaman13ecf@gmail.com

Thomas C. Rollins, Jr., Esq.
*Attorney for Debtors*
trollins@therollinsfirm.com

DATED:  July 29, 2026.

*/s/ Chad J. Hammons*
CHAD J. HAMMONS

#112164939v1