IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI (ABERDEEN)

| | | |
|---|---|---|
| IN RE:<br><br>JONATHAN DERRIK BOLAND, DEBTOR,<br>JENNIFER CROSBY KYLE, DEBTOR,<br>*AKA JENNIFER KYLE BOLAND*<br>*FKA JENNIFER REED CROSBY* | ) | CHAPTER 13<br><br>CASE NO. 24-10089-SDM |
| WELLS FARGO BANK, N.A.<br><br>VS.<br><br>JONATHAN DERRIK BOLAND, DEBTOR,<br>JENNIFER CROSBY KYLE, DEBTOR,<br>*AKA JENNIFER KYLE BOLAND*<br>*FKA JENNIFER REED CROSBY* | ) | MOVANT<br><br><br><br>RESPONDENTS |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**
**AND TO ABANDON PROPERTY**

COMES NOW Wells Fargo Bank, N.A. ("Movant"), by counsel, and shows this Court the following:

1. This is a Motion under Section 362(d) of the Bankruptcy Code for relief from the automatic stay for all purposes allowed by law and the contract between the parties, including, but not limited to, the right to foreclose on certain real property described herein.

2. Movant is the servicer of a loan secured by certain real property in which Debtors have an interest. Said real property is security for a promissory note, and is commonly known as ***6027 Attala Road 1107, Kosciusko, Mississippi 39090*** (the "Property"). A true, correct and redacted copy of the Deed of Trust is attached hereto as ***Exhibit A*** and it is incorporated herein by reference. A true, correct and redacted copy of Debtors' Promissory Note is attached and

fully incorporated herein as ***Exhibit B***. A copy of the Assignment of Deed of Trust is attached as ***Exhibit C.*** The Property herein is located in Attala County, Mississippi, and is described as follows:

**TRACT ONE:**

**A certain parcel of land situated in the South 1/2 of the Northwest 1/4 and the North 1/2 of the Southwest 1/4 of Section 14, Township 13 North, Range 7 East, Attala County, Mississippi, and being more particularly described as follows:**

**Commencing at a 2" iron pipe found marking the Northwest corner of said South 1/2 of the Northwest 1/4 of Section 14, THENCE South for a distance of 781.18 feet; THENCE East for a distance of 1121.13 feet to a 1/2" iron pin found; THENCE South for a distance of 1694.93 feet to a 1/2" iron pin found on the westerly right-of-way line of Old State Highway No. 35; THENCE N49°25'30"E, along said westerly right-of-way line of Old State Highway No. 35, for a distance of 261.75 feet to a 1/2" iron pin found. THENCE South for a distance of 39.22 feet to a 1/2" iron pin found on the centerline of Old State Highway No. 35; THENCE N49°25'30"E, along said centerline of Old State Highway No. 35, for a distance of 77.41 feet to a 1/2" iron pin set; continue THENCE N49°25'30"E, along said centerline of Old State Highway No. 35, for a distance of 107.33 feet to a 1/2" iron pin set, said point being the POINT OF BEGINNING of the herein described parcel of land. From said POINT OF BEGINNING, continue THENCE N49°25'30"E, along said centerline of Old State Highway No. 35, for a distance of 303.71 feet to a 1/2" iron pin set; THENCE S54°59'59"E for a distance of 276.59 feet to a 1/2" iron pin set; THENCE S49°25'30"W for a distance of 346.76 feet to a 1/2" iron pin set; THENCE N46°05'12"W for a distance of 269.11 feet to the POINT OF BEGINNING, containing 2.000 acres, more or less.**

**TRACT TWO:**

**AND ALSO a non-exclusive twenty (20) foot ingress and egress easement, said easement being ten (10) feet left and right of the centerline, with the centerline being more particularly described as follows:**

**Commencing at 2" iron pipe found marking the Northwest corner of said S 1/2 of the NW 1/4 of Section 14, thence South for a distance of 781.18 feet; thence East for a distance of 1121.13 feet to a 1/2" iron pin found; thence South for a distance of 1694.93 feet to a 1/2" iron pin found on the westerly right-of-way line of Old State Highway No. 35; thence North 49°25'30" East, along said westerly right-of-way line of Old State Highway No. 35, for a distance of 261.75 feet to a 1/2" iron pin found; thence South for a distance of 39.22 feet to a 1/2" iron pin found on the centerline of Old State Highway No. 35; thence North 49°25'30" East, along said centerline of Old State Highway No. 35, for a distance of 77.41 feet to a 1/2" iron pin set; continue thence North 49°25'30" East, along said centerline of Old State Highway No. 35, for a distance of 411.04 feet to a 1/2" iron pin set; thence South 54°59'59" East for a distance of 12.10 feet to the centerline of an existing gravel drive, said point being the Point of Beginning of the centerline of the herein described twenty (20) foot ingress and egress easement. From said Point of Beginning, thence run the following bearings and distances along the centerline of said existing gravel drive: thence North 49°14'02" East for a distance of 177.51 feet to the point of curvature of a 93.133611° non-tangent curve, bearing to the right, with a radius of 61.52 feet; thence northeasterly along the arc of said curve for an arc distance of 64.58 feet (chord = North 89°01'49" East 61.66 feet); thence South 62°14'51' East for a distance of 126.39 feet; thence South 69°01'04" East for a distance of 113.94 feet to the point of curvature of a 16.538889° non-tangent curve, bearing to the left, with a radius of 346.43 feet; thence northeasterly along the arc of said curve for an arc distance of 320.77 feet (chord = North 82°17'14" East 309.43 feet); thence North 63°23'45" East for a distance of 88.79 feet to the point of curvature of a 25.051389° non-tangent curve, bearing to the left, with a radius of 228.71 feet; thence northeasterly along the arc of said curve for an arc distance of 151.14 feet (chord = North 47°55'21" East 148.41 feet); thence North 16°02'59" East for a distance of 194.51 feet; thence North 01°35'16" West for a distance of 113.38 feet to the South right-of-way line of Attala Road 1107, said point being the Point of Terminus of the centerline of the herein described twenty (20) foot ingress and egress easement.**

3. Debtor, Jennifer R. Crosby, executed a promissory note secured by a mortgage or deed of trust. The promissory note is either made payable to Creditor or has been duly indorsed. Creditor, directly or through an agent, has possession of the promissory note. Creditor is the original mortgagee or beneficiary or the assignee of the mortgage or deed of trust.

4. Debtors have defaulted in making payments which have come due since this case was filed. As of September 8, 2026, Debtors are delinquent for three (3) payments of $1,485.25 each (July 1, 2026-September 1, 2026), pursuant to the Note, with $588.48 in suspense. A copy of the Post-Petition Payment History is attached as ***Exhibit D.***

5. As of September 8, 2026, the unpaid principal balance is $35,292.29, and interest is due thereon in accordance with the Note. The current amount of unpaid interest on Movant's loan as of September 8, 2026 is $287.90 and the total payoff due is $35,026.38.

6. Because of Debtors' default and inability to make all required payments in the amounts and at the times they are required to be made, Movant is not adequately protected and shows that there is cause for relief from the automatic stay.

7. Debtors' ***Schedule A/B*** values the property at $250,592.00. Upon information and belief, Movant is not aware of any other liens against the Property, other than a second lien in the amount of $40,786.00 being held by Citizens National Bank according to Debtors' Schedules.

8. Upon information and belief, since the filing of the petition herein, Debtors have remained in possession of and continue to use the Property. If Movant is not permitted to exercise its right to foreclose upon its security, it will suffer irreparable injury, loss and damage.

9. Movant requests it be permitted to contact Debtors via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-

bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements.

WHEREFORE, Movant prays as follows:

(1) for an Order modifying the automatic stay, authorizing Movant, its successors and assigns, to proceed with the exercise of its private power of sale and to foreclose under its Deed of Trust and appropriate state statutes;

(2) Because the Deed of Trust so provides, Debtors are responsible for Movant's reasonable attorney's fees;

(3) that Movant, at its option, be permitted to contact Debtors via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements;

(4) for waiver of Bankruptcy Rule 4001 (a)(4); and

(5) for such other and further relief, both general and specific, as is just and equitable.

Respectfully submitted, this the 21st day of September, 2026.

**WELLS FARGO BANK, N.A.**

BY: ***/s/ Elizabeth Parrott***

Elizabeth Parrott
Mississippi Bar No. 103817
McCalla Raymer Leibert Pierce, LLP
1544 Old Alabama Road
Roswell, GA 30076
Direct Phone 678-277-4911
Email: Elizabeth.Parrott@mccalla.com
*Attorney for Movant*

**CERTIFICATE OF SERVICE**

I, Elizabeth Parrott, of McCalla Raymer Leibert Pierce, LLP, do hereby certify that on this date, I served a copy of MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO ABANDON PROPERTY filed in this bankruptcy matter on the following parties at the addresses shown, through the Court's ECF/CMF system, and/or via U.S. Mail First Class, postage prepaid and properly addressed, to-wit:

**Debtor**
Jonathan Derrik Boland
6027 Attala Rd
#1107
Kosciusko, MS 39090

**Joint Debtor**
Jennifer Crosby Kyle
6027 Attala Rd
#1107
Kosciusko, MS 39090

**Debtor's Attorney** ***(via ECF/CMF Electronic Notice)***
Thomas C. Rollins,
The Rollins Law Firm, PLLC
PO BOX 13767
Jackson, MS 39236

**Chapter 13 Trustee** ***(via ECF/CMF Electronic Notice)***
Todd S. Johns
PO BOX 1326
Brandon, MS 39043

**U.S. Trustee** ***(via ECF/CMF Electronic Notice)***
U. S. Trustee
501 East Court Street, Suite 6-430
Jackson, MS 39201

CERTIFIED, this the 21st day of September, 2026.

***/s/ Elizabeth Parrott***
Elizabeth Parrott