**United States Bankruptcy Court**
**Northern District of Mississippi**

In re: Jonathan Derrik Boland

Jennifer Crosby Kyle aka Jennifer Kyle Boland fka Jennifer Reed Crosby

*Debtor(s)*

Case No.: 24-10089-SDM

Chapter: 13

## Corporate Ownership Statement

Pursuant to Federal Rules Bankruptcy Procedure and Mississippi Bankruptcy Local Rules, Wells Fargo Bank, N.A.______________________________, a

[Name of Corporate Party]

**[Check One]**

- ☑ Party to a contested matter **Miss. Bankr. L.R. 9014-1(c)**
- ☐ Corporate Debtor **FRPB 1007(a)(1)**
- ☐ Corporate Petitioner of an involuntary petition **FRBP 1010(b)**
- ☐ Alleged Corporate Debtor **FRBP 1011(f)**

make the following disclosure(s):

☑ The following entities owning, directly or indirectly, 10% or more of any class of the corporation's (s') equity interests, are listed below:

> Wells Fargo Bank, N.A. is owned 100% by WFC Holdings, LLC. WFC Holdings, LLC is owned 100% by Wells Fargo & Company, which is a publicly traded company.

**OR**

☐ There are no entities owning, directly or indirectly, 10% or more of any class of the corporation's equity interest.

Date: 09/22/2026

***/s/ Elizabeth Parrott***
Attorney Signature

Elizabeth Parrott
Attorney Name

103817
State Bar Number

1544 Old Alabama Road
Address

Roswell, GA 30076
City, State, and Zip Code

678-277-4911
Telephone Number

Elizabeth.Parrott@mccalla.com
Email Address

**Pursuant to Miss. Bankr. L.R. 7007.1-1 the requirements for filing a Corporate Ownership Statement, under Fed. R. Bankr. P. 7007.1 shall also apply to general partnerships, limited partnerships, joint ventures, and limited liability companies.**