CM/ECF hrg13
(Rev. 07/22/16)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Jonathan Derrik Boland and Jennifer Crosby Kyle<br>Debtor(s) | )<br>)<br>)<br>)<br>) | Case No.: 24−10089−SDM<br>Chapter: 13<br>Judge: Selene D. Maddox |

PLEASE TAKE NOTICE that a hearing will be held at:

Cochran U.S. Bankruptcy Courthouse, 703 Highway 145 North,
Aberdeen, MS 39730

on 11/3/26 at 10:30 AM

Responses Due: 10/13/26

to consider and act upon the following:

***69*** – Motion for Relief from Stay ., Motion to Abandon and Certificate of Service (6027 Attala Road 1107, Kosciusko, Mississippi 39090). Filed by Elizabeth H. Parrott on behalf of Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit A) (Parrott, Elizabeth)

Should any party receiving this notice respond or object to said motion such response or objection is required to be filed with the Clerk of this court and served on the Attorney for Movant on or before said response due date. If any objection or response is filed, an evidentiary hearing will be held on the above mentioned date regarding any facts not stipulated to by the parties. If no objection or response is filed, the Court may consider said motion immediately after the objection or response due date. Please note that a corporation, partnership, trust, or other business entity, other than a sole proprietorship, may appear and act in Bankruptcy Court only through a licensed attorney.

Dated: 9/22/26

Shallanda J. Clay
Clerk, U.S. Bankruptcy Court

BY: CLD
Deputy Clerk

United States Bankruptcy Court
Northern District of Mississippi

In re:
Jonathan Derrik Boland
Jennifer Crosby Kyle
Debtors

Case No. 24-10089-SDM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Sep 22, 2026 Form ID: hrg13 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Derrik Boland, 6027 Attala Rd, #1107, Kosciusko, MS 39090-6105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Hammons | on behalf of Creditor Citizens National Bank chammons@joneswalker.com mgreen@joneswalker.com |
| Elizabeth H. Parrott | on behalf of Creditor Wells Fargo Bank N.A. Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto logsecf@logs.com |
| Kimberly D. Putnam | on behalf of Creditor Wells Fargo Bank N.A. msecf@ms.creditorlawyers.com |
| Nathan Rester, I | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto nathanrester@gmail.com |
| Thomas C. Rollins, Jr. | |

| | |
|---|---|
| | on behalf of Joint Debtor Jennifer Crosby Kyle trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor Jonathan Derrik Boland trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| Wilkin Gray Hensarling | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto whensarling@logs.com, logsecf@logs.com |

TOTAL: 10