CM/ECF oiextsty
(Rev. 09/14/17)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

| | | |
|---|---|---|
| In Re: Jonathan Derrik Boland and Jennifer Crosby Kyle<br>Debtor(s) | ) ) ) ) ) | Case No.: 24−10089−SDM<br>Chapter: 13<br>Judge: Selene D. Maddox |

Re: ***69*** **–** Motion for Relief from Stay ., Motion to Abandon and Certificate of Service (6027 Attala Road 1107, Kosciusko, Mississippi 39090). Filed by Elizabeth H. Parrott on behalf of Wells Fargo Bank, N.A.. (Attachments: # 1 Exhibit A) (Parrott, Elizabeth)

(the "Motion")

## ORDER EXTENDING AUTOMATIC STAY

Upon consideration of the Motion for Relief from the Automatic Stay filed in the above referenced bankruptcy case, the Court is of the opinion that continuation of the automatic stay beyond the thirty day period as provided by Section 362(e) of the Bankruptcy Code will not hinder, burden, delay or be inconsistent with the proceeding.

IT IS THEREFORE ORDERED that the automatic stay under 11 U.S.C. Section 362 is hereby extended and is to remain in effect pending entry of an Order resolving the Motion.

Dated: 9/22/26

Selene D. Maddox
Judge, U.S. Bankruptcy Court

United States Bankruptcy Court
Northern District of Mississippi

In re:
Jonathan Derrik Boland
Jennifer Crosby Kyle
Debtors

Case No. 24-10089-SDM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0537-1 User: autodocke Page 1 of 2
Date Rcvd: Sep 22, 2026 Form ID: oiextsty Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jonathan Derrik Boland, 6027 Attala Rd, #1107, Kosciusko, MS 39090-6105 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Chad J. Hammons | on behalf of Creditor Citizens National Bank chammons@joneswalker.com mgreen@joneswalker.com |
| Elizabeth H. Parrott | on behalf of Creditor Wells Fargo Bank N.A. Elizabeth.Parrott@mccalla.com, mccallaecf@ecf.courtdrive.com |
| Eric C Miller | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto logsecf@logs.com |
| Kimberly D. Putnam | on behalf of Creditor Wells Fargo Bank N.A. msecf@ms.creditorlawyers.com |
| Nathan Rester, I | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto nathanrester@gmail.com |
| Thomas C. Rollins, Jr. | |

| | |
|---|---|
| | on behalf of Joint Debtor Jennifer Crosby Kyle trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Thomas C. Rollins, Jr. | on behalf of Debtor Jonathan Derrik Boland trollins@therollinsfirm.com jennifer@therollinsfirm.com;notices@therollinsfirm.com;trollins@ecf.inforuptcy.com;calvillojr81745@notify.bestcase.com;TRollins@jubileebk.net;trollins.therollinsfirm.com@recap.email |
| Todd S. Johns | vardaman13ecf@gmail.com tvardaman13@ecf.epiqsystems.com;trusteeMSNBTV@ecf.epiqsystems.com |
| U. S. Trustee | USTPRegion05.AB.ECF@usdoj.gov |
| Wilkin Gray Hensarling | on behalf of Creditor Wells Fargo Bank N.A. d/b/a Wells Fargo Auto whensarling@logs.com, logsecf@logs.com |

TOTAL: 10