**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE: Jonathan Derrik Boland** **Case No. 24-10089-SDM**
**Jennifer Crosby Kyle, Debtors** **CHAPTER 13**

# RESPONSE TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND TO ABANDON PROPERTY

COME NOW, Debtors, by and through counsel, and respond to Creditor, Wells Fargo Bank, N.A. Motion (dk # 69) as follows:

1. Debtors commenced this case on 01/11/2024 by filing a voluntary petition for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.
2. Granting relief from the automatic stay at this time would be premature, as the Debtors are actively engaged in the loss-mitigation process with the Creditor.
3. Debtors may be able to resolve the Creditor's concerns through the requested forbearance or by some alternative means.

WHEREFORE, Debtors pray for an Order denying the Motion for Relief from The Automatic Stay and to Abandon Property and for such additional or alternative relief as may be just and proper.

Respectfully submitted,

By: /s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MSBN 103469)
Attorney for Debtor

Of Counsel:
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
trollins@therollinsfirm.com
601-500-5533

CERTIFICATE OF SERVICE

I, Thomas C. Rollins, Jr., do hereby certify that a true and correct copy of the above and foregoing Response was forwarded on October 8, 2026, to:

By USPS First Class Mail:

Wells Fargo Bank, N.A.
Default Document Processing
MAC# N9286-01Y
P.O. Box 1629
Minneapolis MN 55440-9790

By Electronic CM/ECF Notice:

Elizabeth Parrott, Attorney for Creditor

Todd S. Johns, Chapter 13 Trustee

U.S. Trustee

/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr.